IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ANTHONY STEVEN LARSON,<br><br>Plaintiff,<br><br>vs.<br><br>GUY BAKER, KIRSTEN PABST and STATE OF MONTANA,<br><br>Defendants. | CV 18–203–M–DLC–JCL<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Order and Findings and Recommendations on February 28, 2019, recommending the dismissal of Plaintiff's case for failure to state a claim upon which relief can be granted. (Doc. 4 at 8.) Plaintiff did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

-1-

IT IS ORDERED that Judge Lynch's Order and Findings and Recommendations (Doc. 4) are ADOPTED IN FULL and Plaintiff's complaint is DISMISSED without leave to amend for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter a judgment of dismissal and close this case.

DATED this 1st day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court